**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-CV-01358-REB-CBS

NEW TRENDS HOLDINGS, INC., a corporation organized under the laws of British Columbia,

    Plaintiff,

v.

THE REGENCY GROUP, LLC, a limited liability company organized under the laws of the State of Colorado,
REGENCY CAPITAL INVESTMENTS, LLC, a limited liability company formerly organized under the laws of the State of Colorado,
REGENCY INVESTMENTS, LLC, a limited liability company organized under the laws of the State of Colorado, and
GENETHERA INC., a corporation organized under the laws of the State of Colorado,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On January 27, 2006, the parties filed a **Stipulation** [#44], to dismiss this action. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation** [#44], filed January 27, 2006, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for February 9, 2007, is **VACATED**; and

4. That the jury trial set to commence on February 26, 2007, is **VACATED.**

Dated January 27, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**